**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CHAD E. RILEY

                                         :

JAIME L. RILEY

                                         :        JUDGE CHARLES M. CALDWELL

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Debtors Chad and Jaimie Riley are now living separate and apart.  Joint Debtor Jaimie L Riley has moved from 2404 Hoose Dr. Grove City, OH 43123 to **3050 Louise Ave., Grove City, OH 43123.**

Date 1/23/15                   Signature /s/ Chad E. Riley
                                               Chad E. Riley
                                               Debtor

Date 1/23/15                   Signature /s/Jamie L. Riley
                                               Jamie L. Riley
                                               Joint Debtor

Respectfully submitted,

/s/ Herbert N. Strayer, Jr.
Herbert N. Strayer, Jr. (075854)
Strayer Legal
7240 Muirfield Dr., Ste. 120
Dublin, OH 43017
614-378-2262
614-372-8775
hstrayer@strayerlegal.com
Case Attorney for the Debtors

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2015 a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court;

  Chapter 13 Trustee:   Frank M. Pees
  Debtor's Attorney:   Herbert N. Strayer, Jr.
  U.S. Trustee
  Edward A. Bailey, Attorney for Ford Motor Credit Company LLC
  LeAnn E. Covey, Attorney for HSBC Consumer Lending Mortgage Services, Inc.
  Brian M. Gianangeli, Attorney for The Ohio Department of Taxation
  Edward Henry Cahill, Attorney for US Bank Trust NA

and on the following by **ordinary U.S. Mail** addressed to:

  Debtor: Chad Riley, 2404 Hoose Dr., Grove City, OH 43123
  Joint Debtor:Jaimie Riley, 3050 Louise Ave,. Grove City, OH 431234
  Americredti Financial Services, Inc., PO Box 183853, Arlington TX 76096
  Beneficial Financial I Inc., c/o HSBC Consumer Lending Mortgage Servicing, 636 Grand Regency, Blvd, Brandon, FL 33510
  Beneficial Househld Finance, PO Box 3425, Buffalo, NY 14240
  Chase Bank, PO Box 15298, Wilminton DE 19850
  Dell Financial Services, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390
  Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197-6403
  Discover Bank, DB Servicing Corporation, OP Box 3025, New Albany, OH 43054-3025
  Ford Motor Credit, PO Box 650575, Dallas, TX 75265-0575
  For Motor Credit LLC, Drawer 55-953, PO Box 55000, Detroit, MI 48225
  GM Financial, PO Box 183834, Arlington TX, 76096-3834
  Internal Revenue Service, PO Box 21126, Philadelphia PA 19114-0326
  LVNV Funding, LLC, its successors and assigns as assignees of Spring Castle America Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
  Ohio Department of Taxation, Bankruptcy Division, O Box 530, Columbus, OH 43216
  Sallie Mae, PO Box 9500, Wilkes Barre, PA, 18773
  Sallie Mae Inc., on behalf of NELA, Attn: Bankruptcy Litigation Unit E3149, O Box 9430, Wilkes-Barre, PA 18773-9430
  State of Ohio Department of Taxation, Department of Taxation, 150 E. Gay Street, Columbus, OH 43215

US Bank Trust NA, c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124
Webbank/DFS, PO Box 81607, Austin TX, 78708
Wells Fargo Bank, N.A., O Box 10438, Des Moines, IA 50306-0438
Wells Fargo Financial Cards, PO Box 14517, Des Moines, IA 50306

/s/ Herbert N. Strayer, Jr.
Herbert N. Strayer, Jr. (075854)
Strayer Legal
7240 Muirfield Dr., Ste. 120
Dublin, OH 43017
614-378-2262
614-372-8775
hstrayer@strayerlegal.com
Case Attorney for the Debtors